UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

R.S.,

Plaintiff,

v.

OLYMPIC MANAGEMENT LLC, et al.,

Defendant.

CASE NO. 3:26-cv-05229-BHS

ORDER

THIS MATTER is before the Court on pro se plaintiff R.S's motion to seal her application to proceed *in forma pauperis*, Dkt. 6, her motion for an extension of time to file an amended complaint, Dkt.12, her motion for an extension of time to file her IFP application, Dkt. 13, and her sealed motion to proceed *in forma pauperis*, Dkt. 16.

The Court denied R.S.'s initial application to proceed *in forma pauperis*, Dkt. 1, and her motion for a temporary restraining order, Dkt. 2, not because there was a defect in her application, but because she had failed to state a plausible claim. Dkt. 4. The Court accepts that R.S. is indigent, and she need not continue to file revised IFP applications. But the Court ordered her to file an amended complaint addressing the deficiencies in her

ORDER - 1

first attempt by March 30, and it will not grant *in forma pauperis* status until she does so. *Id*.

R.S. has since filed four motions, a notice of appeal, a praecipe, a letter, a response to her own already denied motion for a temporary restraining order, and various other sealed documents. Dkts. 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, and 18. But she has not filed an amended complaint. Her motion for an additional extension of time to do so, Dkt. 12, is **GRANTED**. She shall file a proposed amended complaint addressing and correcting the deficiencies described in the Court's prior Order by Friday, April 24, or this matter will be dismissed without further notice.

All other pending motions are **DENIED**. The Court is unlikely to consider any other motion unless and until R.S. files an amended complaint stating a plausible claim. The Court also notes that with limited exceptions, R.S.'s interlocutory appeal of the denial of her motion for a temporary restraining order deprives this Court of the authority to grant other relief. *See* Federal Rule of Civil Procedure 62.1. R.S. should inform the Court of the resolution of that appeal.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2