UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

R.S.,

                            Plaintiff,

            v.

OLYMPIC MANAGEMENT LLC et al.,

                            Defendants.

CASE NO. 3:26-cv-05229-BHS

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court is in receipt of Plaintiff's document, "To Chief Judge Complaint re Judge Settles," filed on June 16, 2026. (Dkt. No. 34.) [1] In this filing, Plaintiff emphasizes her complaints about the "hostile attitude" of Judge Settle. (*Id*. at 1.) She asserts Judge Settle showed "hostility, a lack of open-mindedness, and anger at Plaintiff" and engaged in "name-

---

[1] This document apparently was filed close to 6:00 a.m. on June 16, 2026, before the Court's Order Denying Plaintiff's Motion for Reconsideration (Dkt. No. 35) was posted on the docket.

MINUTE ORDER - 1

calling" by "inferring that Plaintiff's request for a change of venue was based upon her being a racist." (*Id*.) She also asserts Judge Settle wrongly stated she alleged that "all" judges have been racists. (*Id*. at 2.) Finally, she reiterates her belief that Judge Settle "deliberately withheld the TRO ruling" causing her to be "deprived of her rights." (*Id*.)

Nothing in this filing affects the Court's orders affirming Judge Settle's denial of recusal. (Dkt. Nos. 28, 35.) As previously identified, Plaintiff's disagreement, whether with Judge Settle's tone or statements made in his orders, does not form a sufficient basis for recusal. *See Liteky v. U.S.*, 510 U.S. 540, 555 (1994) ("judicial remarks during the course of a trial that are critical or disapproving of, or even hostile to, counsel, the parties, or their cases, ordinarily do not support a bias or partiality challenge").[2]

This Court's orders (Dkt. Nos. 28, 35) affirming Judge Settle's decision not to recuse remain in effect.

Dated this 17th day of June, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

[2] Plaintiff also included additional comments in an email sent to the Court. Arguments should be properly briefed and not emailed to the Court. Accordingly, the Court did not consider Plaintiff's email.

MINUTE ORDER - 2